<u>**NOT FOR PUBLICATION**</u>

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| DONALD MANIGOLD, | |
| Petitioner, | Civ. No. 19-12592 (RMB) |
| v. | |
| BRUCE DAVIS, et al., | **MEMORANDUM & ORDER** |
| Respondents. | |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Previously, this Court stayed this matter so that Petitioner could exhaust his claims in state court. (*See* Dkt. No. 12.) For purposes of docket management purposes only, this Court shall administratively terminate this case until such time as Petitioner writes to the Court in compliance with this Court's July 8, 2020 order.

Accordingly, IT IS on this 26th day of October 2021,

ORDERED that the Clerk shall administratively terminate this case; and it is further

ORDERED that Petitioner may reopen this case within thirty days of the New Jersey Supreme Court decision on his request to file a petition for certification as within time; and it is further

ORDERED that the Clerk shall serve a copy of this Order on Petitioner by regular U.S. mail.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge